UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE: Michael A. James
Cassie P. James

Debtors

CASE NO.: 19-70674

Chapter 7

### NOTICE OF MOTION

Counsel for Michael A. James and Cassie P. James, the Debtors, have filed papers with the Court to Convert their Chapter 7 to a Chapter 13.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

File with the Court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(h)]. If you mail your request for hearing to the Court for filing, you must mail it early enough so the Court will receive it on or before April 8, 2019 and a copy mailed to Gregory K. Pugh.

Clerk of Court
U S Bankruptcy Court
600 Granby Street
Norfolk, VA 23510

Gregory K. Pugh
2404 Princess Anne Rd.
Virginia Beach, VA 23456

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Date: 03/18/2019

By _____
Of Counsel

## CERTIFICATE

I hereby certify that a true copy of the foregoing Notice of Motion was mailed to The Office of the U.S. Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, Virginia 23510, to Carolyn L. Camardo, Chapter 7 Trustee, 5101 Cleveland St.,, Ste. 200, Virginia Beach, VA 23462 and to all creditors on the attached list this 18th day of March, 2019

_____
Gregory K. Pugh

Gregory K. Pugh, Esquire
2404 Princess Anne Road
Virginia Beach, VA 23456
(757) 721-2390

Bayview Physicians Group
PO Box 7068
Portsmouth, VA 23707


Dominion Energy Virginia
The CBE Group, Inc.
PO Box 300
Waterloo, IA 50704


Elizabeth River Tunnels
Linebarger goggan Blair & Samp
PO Box 702118
San Antonio, TX 78270-2118


Emer Phys of Tidewater
Credit Control Corp.
PO Box 120568
Newport News, VA 23612-0568


Hayson Street Associates
c/o James T. Cromwell
281 Independence Blvd., 5th Fl
Virginia Beach, VA 23462


J. Councill and W. Councill
M. Rogers & Associates, PLLC
1403 Greenbrier Pkwy, #200
Chesapeake, VA 23320


Linebarger Goggan Blair & Samp
309 County Street, Ste. 201
Portsmouth, VA 23704


MedExpress
1330 Armory Drive
Franklin, VA 23851


Medexpress Billing
PO Box 14000
Belfast, ME 04915-4033


Medical Revenue Service
645 Walnut St., Ste. 5
Gadsden, AL 35902

Peninsula Inst. for Comm. Hlth
1033 28th Street
Newport News, VA 23607


Southampton County Treasurer
26022 Administration Center Dr
Courtland, VA 23837


Southhampton Memorial
100 Fairview Drive
Franklin, VA 23851


TACS Taxing Authority
PO Box 31800
Henrico, VA 23294


Towne Bank
200 High Street
Portsmouth, VA 23704


Vanderbilt Mortgage
PO Box 9800
Maryville, TN 37802

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:  Michael A. James,　　　　　　　　　　CASE NO.: 19-70674
　　　　Cassie P. James,

　　　　　　Debtor(s)　　　　　　　　　　　　CHAPTER 7

## MOTION TO CONVERT

NOW COME the debtors, by counsel, and states the following, to-wit:

1. That the debtors filed a Chapter 7 Bankruptcy Petition with this Honorable Court on February 22, 2019.

2. That in the Chapter 7, the debtor did not pass the Means Test.

3. That the Debtors wish to convert their Chapter 7 to a Chapter 13.

4. That debtors otherwise qualify for protection pursuant to Chapter 13 of the Bankruptcy Code.

5. That the interests of creditors and the debtors would be better served by such conversion.

WHEREFORE, the debtors pray that their current Chapter 7 case be converted to a case under Chapter 13 of the Bankruptcy Code.

Respectfully submitted

Michael A. James
Cassie P. James

By _____
　　　Of Counsel

## CERTIFICATE

I hereby certify that a true copy of the foregoing Amended Motion was mailed to The Office of the U.S. Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, Virginia 23510, to Carolyn L. Camardo, Chapter 7 Trustee, 5101 Cleveland St., Ste. 200, Virginia Beach, Virginia 23462 and to all creditors on the attached list this 18th day of March, 2019.

Gregory K. Pugh

Gregory K. Pugh, Esquire
2404 Princess Anne Road
Virginia Beach, Virginia 23456
(757) 721-2390
(757) 721-2878 (Facsimile)

```
Bayview Physicians Group
PO Box 7068
Portsmouth, VA 23707


Dominion Energy Virginia
The CBE Group, Inc.
PO Box 300
Waterloo, IA 50704


Elizabeth River Tunnels
Linebarger goggan Blair & Samp
PO Box  702118
San Antonio, TX 78270-2118


Emer Phys of Tidewater
Credit Control Corp.
PO Box 120568
Newport News, VA 23612-0568


Hayson Street Associates
c/o James T. Cromwell
281 Independence Blvd., 5th Fl
Virginia Beach, VA 23462


J. Councill and W. Councill
M. Rogers & Associates, PLLC
1403 Greenbrier Pkwy, #200
Chesapeake, VA 23320


Linebarger Goggan Blair & Samp
309 County Street, Ste. 201
Portsmouth, VA 23704


MedExpress
1330 Armory Drive
Franklin, VA 23851


Medexpress Billing
PO Box 14000
Belfast, ME 04915-4033


Medical Revenue Service
645 Walnut St., Ste. 5
Gadsden, AL 35902
```

Peninsula Inst. for Comm. Hlth
1033 28th Street
Newport News, VA 23607


Southampton County Treasurer
26022 Administration Center Dr
Courtland, VA 23837


Southhampton Memorial
100 Fairview Drive
Franklin, VA 23851


TACS Taxing Authority
PO Box 31800
Henrico, VA 23294


Towne Bank
200 High Street
Portsmouth, VA 23704


Vanderbilt Mortgage
PO Box 9800
Maryville, TN 37802